UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-208-FDW
(3:12-cr-188-FDW-19)

| | |
|---|---|
| **WILLIAM LEWIS DONTARS MEEKS,** )<br>)<br>**Petitioner,** )<br>)<br>vs. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Respondent.** )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on its own motion following the Government's Response to Petitioner's motion to vacate, set aside or correct sentence brought under 28 U.S.C. § 2255, in which the Government has conceded that an evidentiary hearing is appropriate to address Petitioner's third and fourth claims of ineffective assistance of counsel.

Based on the contention in the Government's brief that an evidentiary hearing should be held, the Court will hold an evidentiary hearing on Petitioner's third and fourth claims.

**IT IS, THEREFORE, ORDERED** that:

1. The Bureau of Prisons and the U.S. Marshal Service are hereby ORDERED to transport and produce the body of William Lewis Dontars Meeks (#16648-058), for an Evidentiary Hearing on February 22, 2016, at 9 a.m., before the Honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte Courthouse, 401 W. Trade St., Courtroom No. 1-1, Charlotte, North Carolina. Upon completion of the Evidentiary Hearing, Petitioner is to be returned to the custody of the Bureau of Prisons.

2. The Clerk is directed to certify copies of this Order to the United States Attorney,

Petitioner's Counsel, the U.S. Marshal Service, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Frank D. Whitney
Chief United States District Judge