UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-208-FDW
(3:12-cr-188-FDW-19)

| | |
|---|---|
| **WILLIAM LEWIS DONTARS MEEKS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter is before the Court on a motion of the United States, (Doc. No. 13), to hold this action in abeyance pending the Supreme Court's decision in Beckles v. United States, No. 15-8455. Defense counsel has consented to the motion to stay. As the Government explains in its motion, the issues raised in the supplemental motion to vacate have also been raised in Beckles.

**IT IS HEREBY ORDERED** that the Motion to Stay, (Doc. No. 13), is **GRANTED.** The Government shall have 60 days after the Supreme Court issues Beckles in which to file its response to Petitioner's motion to vacate.

Signed: August 19, 2016

Frank D. Whitney
Chief United States District Judge